AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

11530474

| United States of America | ) | Case: 1:23-cr-00073 |
| v. | ) | Assigned to: Judge Kollar-Kotelly, Colleen |
| CRAIG EASTMAN | ) | Assign Date: 3/9/2023 |
| | ) | Description: INDICTMENT (B) |
| | ) | Related Case No: 22-cr-00022 (CKK) |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     CRAIG EASTMAN

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute and Possess With Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;
21 USC § 841(a)(1) and § 841(b)(1)(C) - Unlawful Possession With Intent to Distribute Fentanyl;
21 USC § 860(a) - Unlawful Possession With Intent to Distribute Fentanyl Within 1000 Feet of a Protected Location;
FORFEITURE: 21 USC § 853(p); and 28 USC § 2461(c)

Date:   03/09/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.03.09 16:53:30 -05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 3/9/23 , and the person was arrested on *(date)* 3/22/23
at *(city and state)* Washington D.C.

Date:   3/22/23

*Arresting officer's signature*

Eric T Green
*Printed name and title*