## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No. 23-CR-0073 (CKK) |
| **CRAIG EASTMAN,** : | |
| : | |
| *Defendant.* : | |

## DEFENDANT'S NOTICE OF FILING

Defendant Craig Eastman, by and through undersigned counsel, respectfully requests that the attached Defendant's First Request for Discovery be made part of the record in this case.

Dated: Washington, DC
    May 22, 2023                                Respectfully submitted,

                                                **BALAREZO LAW**


                                                /s/ A. Eduardo Balarezo
                                      By:       _____
                                                A. Eduardo Balarezo
                                                DC Bar # 462659
                                                400 Seventh Street, NW
                                                Suite 306
                                                Washington, DC  20004
                                                Tel. (202) 639-0999
                                                Fax. (202) 639-0899
                                                E-mail: aeb@balarezolaw.com

                                                *Counsel for Craig Eastman*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of May 2023, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and First Request for Discovery to be delivered via Electronic Case Filing to the Parties in this case.

/s/ A. Eduardo Balarezo
_____
A. Eduardo Balarezo